IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Walker, Joyce | Case Number: 06 B 09764 |
| | Judge: Squires, John H |
| Printed: 4/22/08 | Filed: 8/11/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 20, 2008
Confirmed: October 18, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 6,389.00 | |
| Secured: | | 2,339.44 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,774.00 |
| Trustee Fee: | | 275.56 |
| Other Funds: | | 1,000.00 |
| Totals: | 6,389.00 | 6,389.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Bennie W Fernandez | Administrative | 2,774.00 | 2,774.00 |
| 2. | Mortgage Clearing Corp | Secured | 0.00 | 0.00 |
| 3. | Mortgage Clearing Corp | Secured | 11,568.07 | 2,339.44 |
| 4. | IDES | Unsecured | 2,335.00 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 1,366.96 | 0.00 |
| 6. | Jefferson Capital | Unsecured | 2,193.49 | 0.00 |
| 7. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 8. | PM Music Center | Unsecured | | No Claim Filed |
| 9. | Cingular Wireless | Unsecured | | No Claim Filed |
| 10. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 11. | Dollar Rent A Car | Unsecured | | No Claim Filed |
| 12. | First Bank Of Marin | Unsecured | | No Claim Filed |
| 13. | KCA Financial Services | Unsecured | | No Claim Filed |
| 14. | Nicor Gas | Unsecured | | No Claim Filed |
| 15. | LVNV Funding | Unsecured | | No Claim Filed |
| 16. | KCA Financial Services | Unsecured | | No Claim Filed |
| 17. | AFNI | Unsecured | | No Claim Filed |
| 18. | Spiegel | Unsecured | | No Claim Filed |
| 19. | J C Penney National Bank | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 20,237.52 | $ 5,113.44 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 123.55 |
| 5.4% | 152.01 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Walker, Joyce

Printed: 4/22/08

Case Number: 06 B 09764
Judge: Squires, John H
Filed: 8/11/06

_____
$ 275.56

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

